IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEXTER C. NEWSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-2009
LT Case No. 2009-CF-000138-A

Opinion filed November 29, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Dexter C. Newson, Crawfordville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.  *See Bouno v. State*, 900 So. 2d 672 (Fla. 5th DCA 2005).



EVANDER, EISNAUGLE and HARRIS, JJ., concur.